No. 6764.—Morales, apldo., v. Cortés, aplte.—C. D. San Juan. Julio 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, se pide la desestimación de este recurso por no gestionar el apelante la aprobación de la transcripción de evidencia;

Por cuanto, el Juez que presidió la vista no era el titular sino un juez sustituto de la Corte de Distrito de Humacao;

Por cuanto, de las certificaciones ante nos aparece que el apelante hizo varias gestiones para obtener la aprobación de la transcripción de evidencia la que está ahora en manos del Juez sustituto mencionado;

Por cuanto, no hay en los autos ninguna comprobación por parte del apelante de que el recurso es frívolo:

Por tanto, se declara sin lugar la moción de desestimación radicada por la parte apelada.

No. 6797.—Burgos, aplda., v. Crespo, aplte.—C. D. Arecibo. Noviembre 6, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelada solicitando la desestimación del recurso por falta de gestión, apareciendo de los autos que se ha radicado una transcripción del récord dentro de término, *no ha lugar*.